UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**COLUMBUS CHRIS WILLIAMS (#293144)**  CIVIL ACTION

**VERSUS**

**STATE OF LOUISIANA, ET AL.**  NO. 23-00030-BAJ-RLB

## RULING

On January 18, 2023, Petitioner, an inmate incarcerated at the Elayn Hunt Correctional Center ("LSP"), filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 challenging his conviction for terrorizing and retaliation against a public official (Doc 1). Petitioner previously filed a petition for writ of habeas corpus in the Eastern District of Louisiana regarding the same conviction, under the caption *Columbus Christopher Williams, Jr. v. Howard Prince*, Civil Action No. 10-1826, 2011 WL 837159 (E.D. La. Feb. 14, 2011), *adopted*, 2011 WL 831281 (E.D. La. Mar. 4, 2011). Petitioner's initial petition was denied on the merits.

Before filing a "second and successive" habeas petition, a petitioner must obtain authorization from the appropriate Court of Appeals. 28 U.S.C. § 2244(b)(3). Failure to obtain prior authorization results in dismissal. *Id.* at § 2244(b)(1).

The instant Petition is a second attempt to collaterally attack Petitioner's state court conviction, and Petitioner's claims are clearly successive. As Petitioner has not yet received permission to file this successive petition from the United States Court of Appeals for the Fifth Circuit, this Court lacks jurisdiction to consider his claims.

Accordingly,

**IT IS ORDERED** that the Petition be deemed successive, and that it be **DISMISSED** for lack of jurisdiction because Petitioner did not obtain permission from the United States Court of Appeals for the Fifth Circuit prior to filing.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, this 16th day of March, 2023

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**